UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

[~~PROPOSED~~] RELATED CASE ORDER

A Notice of Related Cases has been filed that the following cases are related within the meaning of Civil L.R. 3-12(b):

| | |
|---|---|
| C07-05488 EDL | *Sun Microsystems, Inc. v. Network Appliance, Inc.* |
| C07-06053 EDL | *Network Appliance, Inc. v. Sun Microsystems, Inc.* |
| C08-01641 EMC | *Sun Microsystems, Inc. v. Network Appliance, Inc.* |

ORDER

On the basis of the material submitted to the Court, as the Judge assigned to the earliest filed case, I find that the cases:

[ ]   **ARE NOT RELATED** as defined by Civil L.R. 3-12(b)

[X]   **ARE RELATED** as defined by Civil L.R. 3-12(b). Pursuant to Civil L.R. 3-12(e), the Clerk of the Court is ordered to reassign the later-filed action to the undersigned. Counsel are instructed that all future filings are to bear the initials ____ immediately after the case number. All matters presently scheduled for hearing in the reassigned case(s) are vacated and must be renoticed for hearing before the undersigned.

DATED: ___March 31___, 2008                    _____Elizabeth D. Laporte_____
                                                                            MAGISTRATE
                                                         UNITED STATES ~~DISTRICT~~ JUDGE

**CERTIFICATE OF SERVICE**

I certify that on the date stated below, I lodged a copy of this Order with each judicial offer and I mailed a copy to each counsel of record in the cases listed above.

DATED: ___April 1, 2008___, 2008          By_____Jili M Harrell_____

EM\7228364.1
347155-29