1  MARK D. FOWLER, Bar No. 124235
   mark.fowler@dlapiper.com
2  DAVID ALBERTI, Bar No. 220625
   david.alberti@dlapiper.com
3  CHRISTINE K. CORBETT, Bar No. 209128
   christine.corbett@dlapiper.com
4  YAKOV M. ZOLOTOREV, Bar No. 224260
   yakov.zolotorev@dlapiper.com
5  CARRIE L. WILLIAMSON, Bar No. 230873
   carrie.williamson@dlapiper.com
6
7  DLA PIPER US LLP
   2000 University Avenue
   East Palo Alto, CA 94303-2214
8  Tel: 650.833.2000
   Fax: 650.833.2001
9
   Attorneys for Plaintiff,
10 Sun Microsystems, Inc.

11
                    UNITED STATES DISTRICT COURT
12
                   NORTHERN DISTRICT OF CALIFORNIA
13
                       SAN FRANCISCO DIVISION
14

15 | SUN MICROSYSTEMS, INC., a Delaware      CASE NO. C-08-1641 EMC
   | corporation,
16 |                                         **PROOF OF SERVICE**
   |        Plaintiff,
17 |
   |     v.
18 |
   | NETWORK APPLIANCE, INC.,
19 |
   |        Defendant.
20

21
          I am a resident of the State of California, over the age of eighteen years, and not a party to
22 the within action. My business address is DLA Piper US LLP, 2000 University Avenue, East
   Palo Alto, California 94303-2214. On April 2, 2008, I served the within documents:
23
   **RELATED CASE ORDER**
24

25     ☐    by transmitting via facsimile the document(s) listed above to the fax number(s) set
            forth below on this date before 5:00 p.m.
26
27
28

DLA PIPER US LLP
EAST PALO ALTO

EM\7228689.1
347155-29

-1-
PROOF OF SERVICE– USDC CASE NO. C-08-1641 EMC

|   |   |   |
|---|---|---|
| 1 | ☐ | by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at East Palo Alto, California addressed as set forth below. |
| 2 |  |  |
| 3 | ☐ | by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below. |
| 4 |  |  |
| 5 | ☒ | by transmitting via the internet the document(s) listed above to the e-mail addressee(s) as set forth below. |
| 6 |  |  |

**Attorney for Network Appliance, Inc.**

Jeffrey G. Homrig, Esq.
Edward R. Reines, Esq.
Weil Gotshal & Manges
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Tel: (650) 802-3000
Fax: (650) 802-3100
Email: *netapp_service@weil.com*

    I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

    I declare that I am employed in the office of a member of the Bar of or permitted to practice before this Court at whose direction the service was made.

    Executed on April 2, 2008, at East Palo Alto, California.

_____
/Larry Landry

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

[PROPOSED] RELATED CASE ORDER

A Notice of Related Cases has been filed that the following cases are related within the meaning of Civil L.R. 3-12(b):

| | |
|---|---|
| C07-05488 EDL | *Sun Microsystems, Inc. v. Network Appliance, Inc.* |
| C07-06053 EDL | *Network Appliance, Inc. v. Sun Microsystems, Inc.* |
| C08-01641 EMC | *Sun Microsystems, Inc. v. Network Appliance, Inc.* |

ORDER

On the basis of the material submitted to the Court, as the Judge assigned to the earliest filed case, I find that the cases:

[ ]   **ARE NOT RELATED** as defined by Civil L.R. 3-12(b)

[X]   **ARE RELATED** as defined by Civil L.R. 3-12(b). Pursuant to Civil L.R. 3-12(e), the Clerk of the Court is ordered to reassign the later-filed action to the undersigned. Counsel are instructed that all future filings are to bear the initials ____ immediately after the case number. All matters presently scheduled for hearing in the reassigned case(s) are vacated and must be renoticed for hearing before the undersigned.

DATED: ___March 31___, 2008                    _____
                                                                    Elizabeth D. Laporte
                                                                         MAGISTRATE
                                                 UNITED STATES ~~DISTRICT~~ JUDGE

CERTIFICATE OF SERVICE

I certify that on the date stated below, I lodged a copy of this Order with each judicial offer and I mailed a copy to each counsel of record in the cases listed above.

DATED: ___April 1, 2008___, 2008          By _____