1  MATTHEW D. POWERS (Bar No. 104795)
   matthew.powers@weil.com
2  EDWARD R. REINES (Bar No. 135960)
   edward.reines@weil.com
3  JEFFREY G. HOMRIG (Bar No. 215890)
   jeffrey.homrig@weil.com
4  JILL J. HO (Bar No. 236349)
   jill.ho@weil.com
5  WEIL, GOTSHAL & MANGES LLP
   Silicon Valley Office
6  201 Redwood Shores Parkway
   Redwood Shores, CA 94065
7  Telephone: (650) 802-3000
   Facsimile: (650) 802-3100
8
   Attorneys for Defendant
9  NetApp, Inc.,

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12              SAN FRANCISCO DIVISION

13 | SUN MICROSYSTEMS, INC.,          | Case No. C 08-01641 EDL
14 |                Plaintiff,        | **JOINT STIPULATION RE EXTENSION OF TIME FOR DEFENDANT NETAPP, INC. (FORMERLY NETWORK APPLIANCE, INC.) TO RESPOND TO COMPLAINT**
15 |         v.                       |
16 | NETWORK APPLIANCE, INC.,         |
17 |                Defendant.        |

18

19    WHEREAS, on March 26, 2008, Plaintiff Sun Microsystems, Inc. filed its complaint in
20 the United States District Court for the Northern District of California and served the Complaint
21 upon Defendant NetApp, Inc. on March 28, 2008; and

22    WHEREAS the filing of this Stipulation does not waive any of Defendant's defenses to
23 the Complaint;

24    WHEREAS the parties agree that Defendant may have an extension of time to respond to
25 the Complaint; and

26    WHEREAS, pursuant to Local Rule 6-1(a), Court approval of this stipulation is not
27 required,

28

1  It is hereby stipulated between NetApp, Inc. and Sun Microsystems, Inc., through their
2 respective counsel of record, that the last day for Defendant to respond to the Complaint on file in
3 this action shall be May 19, 2008.

5 DATED: April 7, 2008                Respectfully submitted,

6                                     WEIL, GOTSHAL & MANGES LLP

7                                      /s/  Edward R. Reines
                                      Edward R. Reines
8                                     201 Redwood Shores
                                      Redwood City, CA  94065
9                                     650-802-3022 (Telephone)
                                      650-802-3100 (Facsimile)
10                                    edward.reines@weil.com

11 DATED: April 7, 2008               Respectfully submitted,

12                                    DLA PIPER US LLP

13                                     /s/  Mark Fowler
                                      Mark Fowler
14                                    2000 University Avenue
                                      East Palo Alto, CA 94303
15                                    650-833-2000 (Telephone)
                                      650-833-2001 (Facsimile)
16                                    mark.fowler@dlapiper.com