ORIGINAL

1  MARK D. FOWLER (Bar No. 124235)
   mark.fowler@dlapiper.com
2  DAVID ALBERTI (Bar. No. 220625)
   david.alberti@dlapiper.com
3  CHRISTINE K. CORBETT (Bar No. 209128)
   christine.corbett@dlapiper.com
4  YAKOV M. ZOLOTOREV (Bar No. 224260)
   yakov.zolotorev@dlapiper.com
5  CARRIE L. WILLIAMSON (Bar No. 230873)
   carrie.williamson@dlapiper.com
6
   DLA PIPER US LLP
7  2000 University Avenue
   East Palo Alto, CA 94303-2215
8  Tel: 650.833.2000
   Fax: 650.833.2001
9
   Attorneys for Plaintiff,
10 Sun Microsystems, Inc.

FILED
APR 10 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

11                     UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13                          SAN FRANCISCO DIVISION

14 | SUN MICROSYSTEMS, INC., a Delaware | CASE NO. C:08-01641 EDL
     corporation,
15
                Plaintiff,                 | **APPLICATION FOR**
16                                         | **ADMISSION OF ATTORNEY *PRO HAC***
     v.                                    | ***VICE***
17
   NETWORK APPLIANCE, INC., a
18 Delaware corporation,

19              Defendant.

20    Pursuant to Civil L.R. 11-3, Clayton Thompson, an active member in good standing of the

21 bar of Virginia, hereby applies for admission to practice in the Northern District of California on

22 a pro hac vice basis representing plaintiff, Sun Microsystems, Inc. in the above-entitled action.

23    In support of this application, I certify on oath that:

24    1.    I am an active member in good standing of a United States Court or of the highest

25 court of another State or the District of Columbia, as indicated above;

26    2.    I agree to abide by the Standards of Professional Conduct set forth in Civil Local

27 Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar

28 with the Local Rules and the Alternative Dispute Resolution programs of this Court; and

-1-
DLA PIPER US LLP    EM\7228527.1       APPL FOR ADMISSION *PRO HAC VICE* – USDC CASE NO. C:08-01641 EDL
EAST PALO ALTO      347155-29

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

MARK D. FOWLER (Bar No. 124235)
DLA PIPER US LLP
2000 University Avenue
East Palo Alto, CA  94303-2215
Tel: 650.833.2000
Fax: 650.833.2001

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 4/9/08

_____
CLAYTON THOMPSON