RECEIVED
APR 10 2008

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUN MICROSYSTEMS, INC., a Delaware corporation, | CASE NO. C:08-01641 EDL |
| Plaintiff,<br>v.<br>NETWORK APPLIANCE, INC., a Delaware corporation,<br>Defendant. | **(Proposed)**<br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE* |

Clayton Thompson, an active member in good standing of the bar of Virginia whose business address and telephone number (particular court to which applicant is admitted) is, DLA PIPER US, LLP, 1775 Wiehle Avenue, Suite 400, Reston, VA 20190-5159, Phone: 703.773.4000, Fax: 703.773.5000 having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing plaintiff, Sun Microsystems, Inc.,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice* . Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

United States Magistrate Judge
ELIZABETH D. LAPORTE

EM\7228528.1
347155-29

American LegalNet, Inc.
www.FormsWorkflow.com