# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### CIVIL MINUTES

**ELIZABETH D. LAPORTE**                                    Date: July 1, 2008
**UNITED STATES MAGISTRATE JUDGE**

**Case No:**      C-08-1641 EDL

**Title:**        SUN MICROSYSTEMS, INC. v. NETWORK APPLIANCE, INC

**Attorneys:**    Plaintiff:   Jeffrey Homrig, Jill Ho
                  Defendant:   Mark Fowler, Christine Corbett

**Deputy Clerk:**   Lili M. Harrell         **FTR Digital Recorder:** 11:00am - 11:04am
                                            (Time: 04 min)

**PROCEEDINGS:**                                            **RULINGS:**

Initial Case Management Conference                          Held


**ORDERED AFTER HEARING:**   Court modifies the parties proposed schedule as follows:
- Responsive claim construction briefs due**: 2/06/09**
- Reply claim construction briefs due**: 2/20/09**
- Claim construction hearing**: 3/25/09**
- Further CMC**: 3/03/09 at 10:00am**


**ORDER TO BE PREPARED BY:**  [ ] Plaintiff  [ ] Defendant  [X] Court

**Case Continued to:**


Notes:

cc: