MARK D. FOWLER (Bar No. 124235)
mark.fowler@dlapiper.com
DAVID ALBERTI (Bar. No. 220625)
david.alberti@dlapiper.com
CHRISTINE K. CORBETT (Bar No. 209128)
christine.corbett@dlapiper.com
YAKOV M. ZOLOTOREV (Bar No. 224260)
yakov.zolotorev@dlapiper.com
CARRIE L. WILLIAMSON (Bar No. 230873)
carrie.williamson@dlapiper.com

DLA PIPER LLP (US)
2000 University Avenue
East Palo Alto, CA 94303-2215
Tel: 650.833.2000
Fax: 650.833.2001

Attorneys for Plaintiff-Counterclaim Defendant
Sun Microsystems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SUN MICROSYSTEMS, INC., <br><br> Plaintiff-Counterclaim Defendant, <br><br> v. <br><br> NETWORK APPLIANCE, INC., <br><br> Defendant-Counterclaim Plaintiff. | CASE NO. C-08-01641 EDL <br><br> [~~PROPOSED~~] ORDER GRANTING JOINT REQUEST FOR LEAVE TO EXCEED THE PAGE LIMIT FOR OPENING CLAIM CONSTRUCTION BRIEF <br><br> Judge: Hon. Elizabeth D. Laporte |

Having considered Sun Microsystems, Inc.'s and NetApp, Inc.'s request for leave to exceed the page limit set forth in Local Rule 7-4 and to file a 30-page Opening Claim Construction Brief, it is hereby ordered that the parties may each submit an Opening Claim Construction Brief no longer than 30 pages.

**IT IS SO ORDERED.**

Dated: January 16, 2009.

HON. _[signature: Elizabeth D. Laporte]_
UNITED STATES MAGISTRATE JUDGE