```
1  MARK D. FOWLER, Bar No. 124235
   mark.fowler@dlapiper.com
2  DAVID ALBERTI, Bar No. 220625
   david.alberti@dlapiper.com
3  CHRISTINE K. CORBETT, Bar No. 209128
   christine.corbett@dlapiper.com
4  YAKOV M. ZOLOTOREV, Bar No. 224260
   yakov.zolotorev@dlapiper.com
5  CARRIE L. WILLIAMSON, Bar No. 230873
   carrie.williamson@dlapiper.com
6
   DLA PIPER LLP (US)
7  2000 University Avenue
   East Palo Alto, CA  94303-2214
8  Tel: 650.833.2000
   Fax: 650.833.2001
9
   Attorneys for Plaintiff/Counterdefendant,
10 Sun Microsystems, Inc.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SUN MICROSYSTEMS, INC., a Delaware corporation,<br><br>　　　　Plaintiff/Counterdefendant,<br><br>　　v.<br><br>NETWORK APPLIANCE, INC.<br><br>　　　　Defendant/Counterplaintiff. | CASE NO. C-08-01641 EDL<br><br>[~~PROPOSED~~] ORDER AND STIPULATION REGARDING CLOSE OF FACT DISCOVERY |

Plaintiff Sun Microsystems, Inc. ("Sun") and Defendant NetApp, Inc. ("NetApp"), by and through their undersigned attorneys of record, hereby stipulate and agree that the close of fact discovery in the above-titled case shall be August 28, 2009.

-1-
[~~PROPOSED~~] ORDER AND STIPULATION REGARDING CLOSE OF FACT DISCOVERY; USDC CASE NO. C-08-01641 EDL

1  Dated: January 26, 2009

DLA PIPER LLP (US)

/s/ Christine K. Corbett
MARK D. FOWLER
DAVID ALBERTI
CHRISTINE K. CORBETT
YAKOV M. ZOLOTOREV
CARRIE L. WILLIAMSON
Attorneys for Plaintiff,
Sun Microsystems, Inc.

Dated: January 26, 2009

/s/ Amalie M. Weber
Matthew D. Powers
Edward R. Reines
Jeffrey G. Homrig
Jill J. Ho
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Amalie M. Weber
WEIL, GOTSHAL & MANGES LLP
1300 Eye Street, NW, Suite 900
Washington, DC 20005
Telephone: (202) 682-7000
Facsimile: (202) 857-0940

Attorneys for Defendant,
NetApp, Inc.

IT IS SO ORDERED

Dated: 1/27/09

*/s/ Elizabeth D. Laporte*
Judge Elizabeth D. Laporte
United States District Court, Northern District of California

-2-
[~~PROPOSED~~] ORDER AND STIPULATION REGARDING CLOSE OF FACT DISCOVERY; USDC CASE NO. C-08-01641 EDL