IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUN MICROSYSTEMS INC, | No. C-08-01641  EDL |
| Plaintiff, | **ORDER FOLLOWING CASE MANAGEMENT CONFERENCE** |
| v. | |
| NETWORK APPLIANCE, | |
| Defendant. | |

Following the July 8, 2009 case management conference in the above captioned cases, the Court orders the following:

Fact discovery shall close on November 6, 2009.

Opening expert reports are due on January 11, 2010.  Rebuttal expert reports are due on February 12, 1010.  The close of expert discovery is March 4, 2010.

The parties shall file dispositive motions no later than March 22, 2010.  Opposition briefs are due April 5, 2010.  Reply briefs are due April 19, 2010.  The Court will hold a hearing on May 5, 2010 at 10:00 a.m. on the Sun patents, and on May 12, 2010 at 10:00 a.m. on the NetApp patents.  Each side may file no more than two summary judgment motions, unless good cause is demonstrated to the Court for filing one additional motion for summary judgment per side.  Motions for summary judgment related to non-infringement based upon claim terms that already have been construed (or as to which there is no dispute as to meaning) and non-prior art related invalidity may be filed.

**IT IS SO ORDERED.**

Dated: July 9, 2009

ELIZABETH D. LAPORTE
United States Magistrate Judge