MARK D. FOWLER, Bar No. 124235
mark.fowler@dlapiper.com
DAVID ALBERTI, Bar No. 220625
david.alberti@dlapiper.com
CHRISTINE K. CORBETT, Bar No. 209128
christine.corbett@dlapiper.com
YAKOV M. ZOLOTOREV, Bar No. 224260
yakov.zolotorev@dlapiper.com
CARRIE L. WILLIAMSON, Bar No. 230873
carrie.williamson@dlapiper.com

DLA PIPER LLP (US)
2000 University Avenue
East Palo Alto, CA  94303-2214
Tel: 650.833.2000
Fax: 650.833.2001

Attorneys for Plaintiff-Counterclaim Defendant,
Sun Microsystems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SUN MICROSYSTEMS, INC., a Delaware corporation,<br><br>Plaintiff-Counterclaim Defendant,<br><br>v.<br><br>NETWORK APPLIANCE, INC.<br><br>Defendant-Counterclaim Plaintiff. | CASE NO. C-08-01641 EDL<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR MOTIONS TO COMPEL** |

In its July 2, 2008 Case Management Scheduling Order, the Court did not specify a deadline for filing motions to compel discovery responses. Civil Local Rule 26-2 provides that motions must be filed within 7 court days of the close of discovery. In its July 9, 2009 Scheduling Order, the Court set November 6, 2009 as the close of fact discovery. As a result, the deadline for filing motions to compel concerning fact discovery is November 18, 2009.

The parties (between themselves and with third-parties) have been, and continue to be, engaged in what appear to be fruitful negotiations concerning their respective discovery responses. However, the volume of issues to work through is such that the meet-and-confer

process is not yet complete. In light of this, the parties are concerned that discovery issues may be raised with the Court unnecessarily under the current schedule. Because the parties believe that continued discussions are likely to reduce the number of discovery disputes raised with the Court, they hereby stipulate through their respective counsel of record, subject to the Court's approval, that the deadline for filing joint letters seeking to compel fact discovery be continued until November 23, 2009.

Dated: November 13, 2009             DLA PIPER LLP (US)

                                     /s/ Christine K. Corbett
                                     MARK D. FOWLER
                                     DAVID ALBERTI
                                     CHRISTINE K. CORBETT
                                     YAKOV M. ZOLOTOREV
                                     CARRIE L. WILLIAMSON

                                     Attorneys for Plaintiff, Sun Microsystems, Inc.

Dated: November 13, 2009             WEIL, GOTSHAL & MANGES LLP

                                     /s/ Jeffrey G. Homrig
                                     Matthew D. Powers
                                     Edward R. Reines
                                     Jeffrey G. Homrig
                                     Jill J. Ho

                                     Attorneys for Defendant, NetApp, Inc.

**IT IS SO ORDERED.**

Dated: November 16, 2009

                                     _Elizabeth D. Laporte_
                                     UNITED STATES MAGISTRATE JUDGE
                                     ELIZABETH D. LAPORTE

-2-
STIP & [PROPOSED] ORDER EXTENDING MOTION TO COMPEL DEADLINE
USDC CASE NO. C-08-01641 EDL