MATTHEW D. POWERS (Bar No. 104795)
matthew.powers@weil.com
EDWARD R. REINES (Bar No. 135960)
edward.reines@weil.com
JEFFREY G. HOMRIG (Bar No. 215890)
jeffrey.homrig@weil.com
JILL J. HO (Bar No. 236349)
jill.ho@weil.com
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA  94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Attorneys for Plaintiff-Counterclaim Defendant
NETAPP, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SUN MICROSYSTEMS, INC., <br><br> Plaintiff-Counterclaim Defendant, <br><br> v. <br><br> NETWORK APPLIANCE, INC., <br><br> Defendant-Counterclaim Plaintiff. | Case No. 3:08-CV-01641-EDL <br><br> **[PROPOSED] ORDER GRANTING WITHDRAWAL OF AARON M. NATHAN AS COUNSEL FOR NETAPP, INC.** |

1  IT IS HEREBY ORDERED that the request for withdrawal of Aaron M. Nathan as
2  counsel of record for NetApp, Inc. in the above-entitled action is GRANTED.
3
4  IT IS SO ORDERED.
5
6  Dated:  11/24/09
7      Hon. Elizabeth D. Laporte
8

*IT IS SO ORDERED*
*Judge Elizabeth D. Laporte*