MARK D. FOWLER (Bar No. 124235)
mark.fowler@dlapiper.com
DAVID ALBERTI (Bar. No. 220625)
david.alberti@dlapiper.com
CHRISTINE K. CORBETT  (Bar No. 209128)
christine.corbett@dlapiper.com
YAKOV M. ZOLOTOREV (Bar No. 224260)
yakov.zolotorev@dlapiper.com
CARRIE L. WILLIAMSON (Bar No. 230873)
carrie.williamson@dlapiper.com

DLA PIPER LLP (US)
2000 University Avenue
East Palo Alto, CA  94303-2215
Tel:  650.833.2000
Fax:  650.833.2001

Attorneys for Plaintiff and Counterdefendant
Sun Microsystems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SUN MICROSYSTEMS, INC., <br><br>  Plaintiff/Counterdefendant, <br><br> v. <br><br> NETWORK APPLIANCE, INC., <br><br>  Defendant/Counterplaintiff. | CASE NO.  3:08-CV-01641 EDL <br><br> **STIPULATION AND [PROPOSED] ORDER EXTENDING CASE SCHEDULE** |

WHEREAS, Sun Microsystems, Inc. ("Sun") and NetApp, Inc. ("NetApp") have agreed that depositions of witnesses that have already been noticed must be completed no later than January 22, 2010;

WHEREAS, opening expert reports are currently due on January 11, 2010; and

WHEREAS, the parties seek to avoid having depositions occur after service of opening expert reports;

THEREFORE, IT IS HEREBY STIPULATED by Sun and NetApp that:

(1) Opening Expert Reports shall be served on February 12, 2010;

(2) Rebuttal Expert Reports shall be served on March 5, 2010;

(3) Close of Expert Discovery shall be April 2, 2010;

(4) Opening motions for summary judgment shall be filed on April 7, 2010;

(5) Oppositions to motions for summary judgment shall be filed on April 21, 2010;

(6) Replies to motions for summary judgment shall be filed on May 5, 2010; and

(7) Subject to the Court's availability, the hearings on the motions for summary judgments shall be continued from May 5, 2010 to ~~May 19~~ MAY 21, 2010 for the Sun patents-in-suit and from May 12, 2010 to ~~June 2~~ JUNE 4, 2010 for the NetApp patents-in-suit.

IT IS SO STIPULATED.

Dated: December 18, 2009

By /s/ Christine K. Corbett
MARK FOWLER
CHRISTINE K. CORBETT
CARRIE L. WILLIAMSON
DLA PIPER LLP (US)
Attorneys for Plaintiff/Counterdefendant
SUN MICROSYSTEMS, INC.

Dated: December 18, 2009

By /s/ Jeffrey G. Homrig
EDWARD R. REINES
JEFFREY G. HOMRIG
WEIL, GOTSHAL & MANGES
Attorneys for Defendant/Counterplaintiff
NETWORK APPLIANCE, INC.

IT IS SO ORDERED.

Dated: December 21, 2009.

_____
Honorable Elizabeth D. Laporte
U.S. Magistrate Judge

DLA PIPER US LLP
LOS ANGELES

WEST\21847824.1

-2-
STIPULATION AND ORDER RE DISCOVERY, EXPERT REPORTS AND MSJ BRIEF DEADLINES – CASE NO. 3:08-CV-01641 EDL