1

2

3

4

5                      IN THE UNITED STATES DISTRICT COURT

6                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8   SUN MICROSYSTEMS INC,                     No. C-08-01641  EDL

9              Plaintiff,
                                              **ORDER REGARDING MARCH 19, 2010**
10     v.                                     **JOINT LETTER BRIEF**

11  NETWORK APPLIANCE,

12             Defendant.
    _____/
13

14           On March 19, 2010, the parties filed a joint letter brief regarding NetApp's objections to

15  the preparation of three Sun witnesses in advance of their Rule 30(b)(6) depositions.  NetApp seeks

16  to compel further deposition of "properly prepared" witnesses on topics 9-11, 43-44, and 81.  Sun

17  opposes NetApp's position and argues that it has already produced properly prepared witnesses on

18  the given topics.  The Court finds good cause for allowing the parties to file a joint brief of no more

19  than 12 pages on this issue by no later than March 30, 2010.  A hearing will be held on April 12,

20  2010 at 9:00 a.m. unless the Court determines that the matter can be decided without the need for

21  oral argument.

22

23   **IT IS SO ORDERED.**

24

25  Dated: March 22, 2010

26                                            _____
                                              ELIZABETH D. LAPORTE
27                                            United States Magistrate Judge

28

United States District Court
For the Northern District of California