MARK D. FOWLER, Bar No. 124235
mark.fowler@dlapiper.com
CLAYTON THOMPSON (Admitted Pro Hac Vice)
clayton.thompson@dlapiper.com
DAVID ALBERTI, Bar No. 220625
david.alberti@dlapiper.com
CHRISTINE K. CORBETT, Bar No. 209128
christine.corbett@dlapiper.com
YAKOV M. ZOLOTOREV, Bar No. 224260
yakov.zolotorev@dlapiper.com
CARRIE L. WILLIAMSON, Bar No. 230873
carrie.williamson@dlapiper.com

DLA PIPER LLP (US)
2000 University Avenue
East Palo Alto, CA 94303-2214
Tel: 650.833.2000
Fax: 650.833.2001

Attorneys for Plaintiff and Counterdefendant
Sun Microsystems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SUN MICROSYSTEMS, INC., <br><br> Plaintiff-Counterdefendant <br><br> v. <br><br> NETWORK APPLIANCE, INC., <br><br> Defendant-Counterclaimant | CASE NO. C-08-01641 EDL <br><br> [PROPOSED] ADDENDUM TO PROTECTIVE ORDER |

Plaintiff-Counterdefendant Oracle America, Inc. (formerly Sun Microsystems, Inc.) and Defendant-Counterplaintiff NetApp, Inc. ("NetApp"), by and through their respective counsel, hereby stipulate that the Protective Order entered by the Court on June 25, 2008 in this action shall be amended as follows:

(1) The last sentence of Paragraph 11(d) which states: "These copies shall be stored in a manner that prevents duplication of or unauthorized access to the source code, including, without limitation, storing the source code in a locked room or cabinet at all times when it is not

1  in use, and shall be returned to the Producing Party at the conclusion of this action" shall be
2  changed to "These copies shall be stored in a manner that prevents duplication of or unauthorized
3  access to the source code, including, without limitation, storing the source code in a locked room
4  or cabinet at all times when it is not in use, and shall be destroyed by the Receiving Party at the
5  conclusion of this action and the Receiving Party shall so certify this destruction."

6      (2) The last two sentences of Paragraph 26 which state: "Notwithstanding this
7  provision, counsel for the party or parties are entitled to retain an archival copy of all pleadings,
8  motion papers, transcripts, legal memoranda, correspondence or attorney work product, even if
9  such materials contain Protected Material. Any such archival copies that contain or constitute
10 Protected Material remain subject to the Protective Order." shall be deleted.

    IT IS SO STIPULATED.

Dated: September 10, 2010      Dated: September 10, 2010

By  */s/ Christine K. Corbett*      By  */s/ Jeffrey G. Homrig*
    MARK D. FOWLER      MATT POWERS
    CLAYTON THOMPSON      EDWARD R. REINES
    DAVID ALBERTI      JEFFREY G. HOMRIG
    CHRISTINE K. CORBETT      JILL J. HO
    CARRIE L. WILLIAMSON      WEIL, GOTSHAL & MANGES LLP
    Attorneys for Plaintiff and      Attorneys for Defendant and
    Counterdefendant, Oracle America, Inc.      Counterplaintiff, NetApp, Inc.

So ORDERED AND SIGNED this 15th day of September, 2010.

*Elizabeth D. Laporte*
Honorable Elizabeth D. Laporte
United States Magistrate Judge

2
WEST\222453504.1      [PROPOSED] ADDENDUM TO PROTECTIVE ORDER –
     USDC CASE NO. C-08-01641 EDL